## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

MARILYN W. WEAVER,              :

    Plaintiff,                 :

vs.                                             CA 05-0656-BH-C

                                           :

JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 6, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of July, 2006.

                                                         s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE